NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODJAY B. JACKSON,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No.  2D17-4682
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Lee
County; Mark A. Steinbeck, Senior Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and VILLANTI and LUCAS, JJ., Concur.